FILED

2007 Mar-19  PM 01:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **JANET COLVERT, et al.,** | ] | |
| | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| **vs.** | ] | **CIVIL ACTION NO.:** |
| | ] | **2:06-CV-465-VEH** |
| **DOLGENCORP, INC., d/b/a** | ] | |
| **Dollar General,** | ] | |
| | ] | |
| **Defendant.** | ] | |

## MEMORANDUM OPINION

Pending before the court is Defendant Dolgencorp, Inc., d/b/a Dollar General's ("Dollar General") Motion for Summary Judgment on Untimely Equal Pay Act Claims Asserted by Opt-In Participants (Doc. #50) filed on March 12, 2007. Plaintiffs filed their Consent (the "Consent") to Defendant's Motion for Summary Judgment on Untimely Equal Pay Act ("EPA") Claims Asserted by Opt-In Plaintiffs (Doc. #56) on March 16, 2007.

Plaintiffs' Consent agrees to the entry of summary judgment in favor of Dollar General as to (1) the claims of the 434 opt-in plaintiffs that are untimely under the EPA; and (2) the claims of Anne Katz, Peggy Kleinpeter and Mary Scott as they

never held the position of store manager.

Plaintiffs' Consent amounts to an abandonment of these particular claims on summary judgment.  *See, e.g.*, *Wilkerson v. Grinnell Corp.*, 270 F.3d 1314, 1322 (11th Cir. 2001) (finding claim abandoned when argument not presented in initial response to motion for summary judgment); *Bute v. Schuller International, Inc.,* 998 F. Supp. 1473, 1477 (N.D. Ga. 1998) (finding unaddressed claim abandoned); *see also Coalition for the Abolition of Marijuana Prohibition v. City of Atlanta*, 219 F.3d 1301, 1326 (11th Cir. 2000) (failure to brief and argue issue at the district court is sufficient to find the issue has been abandoned); *Resolution Trust Corp. v. Dunmar Corp.,* 43 F.3d 587, 599 (11th Cir. 1995); *Hudson v. Norfolk Southern Ry. Co.,* 209 F. Supp. 2d 1301, 1324 (N.D. Ga. 2001); *cf. McMaster v. United States,* 177 F.3d 936, 940-41 (11th Cir. 1999) (claim may be considered abandoned when district court is presented with no argument concerning a claim included in the plaintiff's complaint); *Road Sprinkler Fitters Local Union No. 669 v. Independent Sprinkler Corp.,* 10 F.3d 1563, 1568 (11th Cir. 1994) (concluding that a district court "could properly treat as abandoned a claim alleged in the complaint but not even raised as a ground for summary judgment").

Therefore, the court will enter an order consistent with this Memorandum Opinion and dismissing the claims above with prejudice upon Plaintiffs' Consent.

2

**DONE** and **ORDERED** this 19th day of March, 2007.

**VIRGINIA EMERSON HOPKINS**
United States District Judge